Dept 150734
PO Box 1259
Oaks, PA 19456

F A S T
FRONTLINE
ASSET STRATEGIES

TO MAKE AN ONLINE PAYMENT ARRANGEMENT VISIT WWW.PAYFRONTLINE.COM

003828

GEORGINA SANDOVAL
REDACTED
REDACTED

Frontline Asset Strategies, LLC
2700 Snelling Ave N.
Ste 250
Roseville, MN 55113

Date: 06/22/2017

| | |
|---|---|
| Current Creditor to whom the debt is owed: | Absolute Resolutions Investments, LLC |
| Original Creditor: | FIRST NATIONAL BANK OF OMAHA |
| Account Description: | Mastercard |
| Original Creditor#: | REDACTED |
| Charge-off Date: | 03/31/2015 |
| FAST #: | REDACTED |
| Total Amount Due: | $1,199.30 |

Dear GEORGINA SANDOVAL:

Your account has been turned over to Frontline Asset Strategies, LLC for collection. As of the date of this letter, you owe $1,199.30.

We strive to work with you in resolving this outstanding debt. Please call 877-258-1590 to make payment in full or to see what payment options may be available to you. You may also go to www.frontlineas.com/contact/ in order to chat with a live agent.

Thank you for your time and attention regarding the resolution of this debt. Nothing contained in this letter changes or alters your consumer rights. Calls to or from this company, along with communications via live chat, may be monitored or recorded.

Sincerely,
Troy Tratar
877-258-1590
Frontline Asset Strategies, LLC

**IMPORTANT NOTICE**

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Please see the reverse side or next page for important consumer notices.

Frontline Asset Strategies, LLC • 2700 Snelling Ave N. • Ste 250 • Roseville, MN 55113
Toll Free: 877-258-1590 • Fax: 651-621-2809
Hours of Operation: Monday-Friday 7AM-9PM CST • Saturday 8AM-12PM CST

EXHIBIT A

MEMBER
ACA
INTERNATIONAL
The Association of Credit and Collection Professionals

1 of 1

120421-L01-2839

Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office, in writing, within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

# EXHIBIT A



Frontline Asse_ Strategies, LLC
2700 Snelling Ave N.
Ste 250
Roseville, MN 55113

TO MAKE AN ONLINE PAYMENT ARRANGEMENT VISIT WWW.PAYFRONTLINE.COM

Date: 09/14/2017

| | |
|---|---|
| Current Creditor to whom the debt is owed: | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC |
| Original Creditor: | FIRST NATIONAL BANK OF OMAHA |
| Account Description: | MASTERCARD |
| Original Creditor#: | REDACTED |
| Charge-off Date: | 03/31/2015 |
| FAST #: | REDACTED |
| Total Amount Due: | $1,199.30 |

Dear GEORGINA SANDOVAL:

This letter is to inform you of an offer to resolve your debt that your current creditor, to whom you owe this debt, has approved on your account with Frontline Asset Strategies, LLC. As of the date of this letter, you owe $1,199.30.

Your current creditor has agreed to resolve your above-mentioned account for $719.58.

We request payment by 10/29/2017. We are not obligated to renew this offer. Upon payment of this offer and clearance of funds, we will notify your current creditor that your account has been satisfied and that you no longer owe on this debt.

Contact us at 877-258-1590 to take advantage of this offer. You may also go to www.frontlineas.com/contact/ in order to chat with a live agent.

Thank you for your time and attention regarding the resolution of this debt. Calls to or from this company, along with communications via live chat, may be monitored or recorded.

Sincerely,
Troy Tratar
877-258-1590
Frontline Asset Strategies, LLC

**IMPORTANT NOTICE**

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

MEMBER
ACA
INTERNATIONAL
The Association of Credit and Collection Professionals

EXHIBIT A

Frontline Asset Strategies, LLC • 2700 Snelling Ave N • Ste 250 Roseville, MN 55113
Toll Free: 877-258-1590 Fax: 651-762-2879
Hours of Operation, Monday-Friday 7AM-9PM CST, Saturday 8AM-12PM CST

120420-L40-5597

2009181702

Dept 130764
PO Box 1259
Oaks, PA 19456

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
DPCH

To OPEN - Fold and tear along perforation and then slide finger under the top edge.

012025

GEORGINA SANDOVAL
REDACTED
REDACTED

EXHIBIT A